1  GREG W. GARROTTO ESQ. SBN 89542
2  LAW OFFICES OF GARROTTO & GARROTTO
   1925 CENTURY PARK EAST SUITE 2000
3  LOS ANGELES, CA 90067
   Telephone 310-229-9200
4  Fax 310-229-9209
   jjggarrotto@msn.com
5

6  THERESA A. GOLDNER, COUNTY COUNSEL
   By: Marshall S. Fontes, Deputy (SBN 139567)
7  Kern County Administrative Center
   1115 Truxtun Avenue, Fourth Floor
8  Bakersfield, CA 93301
9  Telephone 661-868-3800
   Fax 661-868-3805

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEANU ETHAN CAMPOS, a minor, by and through his Guardian ad Litem, Deniz Gonzalez, | CASE NO. 1:14-CV-01099-LJO-JLT |
| Plaintiffs, | JOINT MID-DISCOVERY STATUS CONFERENCE STATEMENT |
| vs. | |
| COUNTY OF KERN, a public entity; DEPUTY JASON AYALA, a public employee; DEPUTY JOSHUA BATHE, a public employee; and DOES 1 - 10, Inclusive | DATE: April 30, 2015<br>TIME: 9:00 a.m.<br>LOCATION: Federal Courthouse 510 19th Street, Suite 200 Bakersfield, CA 93301 |
| Defendants | |

TO THE HONORABLE COURT:

As ordered by Honorable Magistrate Judge Jennifer L. Thurston, the parties hereby submit this Joint Mid-Discovery Status Conference Statement after the meeting held by counsel for all parties.

1

---
JOINT MID-DISCOVERY STATUS CONFERENCE STATEMENT

## I.
## PARTIES

PLAINTIFF:

Keanu Ethan Campos, a minor, by and through his Guardian ad Litem, Deniz Gonzalez,

Greg Garrotto, Esq.
Law Offices of Garrotto & Garrotto
2020 Eye Street
Bakersfield, CA 93301

Telephone:   (661) 323-1400
Facsimile:    (661) 323-0132

DEFENDANTS:

County of Kern, Deputy Jason Ayala, and Deputy Joshua Bathe

Marshall S. Fontes, Deputy
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301

Telephone:   (661) 868-3800
Facsimile:    (661) 868-3805

## II.
## STATEMENT OF THE CASE

This case involves a wrongful death claim arising from a jail house suicide. Plaintiff is the son of the decedent, Luis Campos. Plaintiff asserts a survival claim for the alleged violation of the decedent's rights under the 4th amendment and substantive due process rights under the 14th amendment. Plaintiff also asserts a wrongful death claim under California state law. Plaintiff has sued the deputies responsible for supervising the decedent in the jail and the County of Kern.

## III.
## PROCEDURAL STATUS

The case proceeded to a Scheduling Conference on January 14, 2015, at which time all discovery, motion and trial dates were set. To date there has been no modification of the Scheduling Order.

Non-expert discovery is to be completed by October 5, 2015. Expert discovery is to be completed by December 14, 2015. Trial is scheduled for July 19, 2016.

## IV.

## DISCOVERY STATUS

All parties have timely exchanged Rule 26 initial disclosures.  Defendants propounded four sets of written discovery on Plaintiff.  Responses have been received to the production demand and three sets of interrogatories.  County anticipates it will set the deposition of the Plaintiff and/or Guardian Ad Litem.

Plaintiff has propounded one set of production demands to which the County has responded.  Plaintiff has set the depositions of Defendants Bathe and Ayala for May 8, 2015.

The parties anticipate that additional depositions may be taken of witnesses on liability and damages, the timely exchange of expert disclosures and completion of expert discovery, without the need for modification of the scheduling order.

Dated: April 23, 2015        LAW OFFICES OF
                             GARROTTO & GARROTTO


                             By: /s/ Greg Garrotto                    .
                                  Greg Garrotto, Esq.
                                  Attorney for Plaintiff, Keanu Ethan Campos, a
                                  minor, by and through his Guardian ad Litiem,
                                  Deniz Gonzalez

Dated: April 23, 2015        THERESA A. GOLDNER, COUNTY COUNSEL


                             By:  /s/ Marshall S. Fontes              .
                                  Marshall S. Fontes, Deputy
                                  Attorneys for Defendants, County of Kern,
                                  Robert Reed and Tanner Miller

#2229674

JOINT MID-DISCOVERY STATUS CONFERENCE STATEMENT