THERESA A. GOLDNER, COUNTY COUNSEL
By: Marshall S. Fontes, Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants
County of Kern, Deputy Jason Ayala
and Deputy Joshua Bathe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEANU ETHAN CAMPOS, a minor, by and through his Guardian ad Litem, Deniz Gonzalez, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF KERN, a public entity; DEPUTY JASON AYALA, a public employee; DEPUTY JOSHUA BATHE, a public employee; and DOES 1 - 10, Inclusive <br><br> Defendants. | CASE NO. 1:14-cv-01099-DAD-JLT <br><br> JOINT STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE; [PROPOSED ORDER] <br><br> (Doc. 33) |

COME NOW, Plaintiff, KEANU ETHAN CAMPOS, by and through his Guardian ad Litem, Deniz Gonzalez and Defendants, COUNTY OF KERN, DEPUTY JASON AYALA an DEPUTY JOSHUA BATHE, who have met and conferred through their respective attorneys of record, and now make this joint stipulated request of the Court:

**REPRESENTATIONS AND JOINT STIPULATION AND REQUEST:**

1.     The Mandatory Settlement Conference ("MSC") in this matter is set before Magistrate Judge, Jennifer L. Thurston, on January 11, 2016 at 9:30 a.m.;

1

1      2.    Defendants anticipate the filing of a motion for summary judgement

2 ("MSJ") on all issues raised by the First Amended Complaint, on or before February 10,

3 2016;

4      3.    Plaintiff and Defendants have timely exchanged settlement demands and

5 offers, but believe that a settlement conference, prior to the resolution of the issues to

6 be raised in the anticipated MSJ, will not be productive and therefore, the case currently

7 is not postured for meaningful negotiations or potential settlement;

8      4.    Therefore, Plaintiff and Defendants mutually invoke the provision made in

9 the Scheduling Order (Doc. No. 26, p. 6, Section X, fn. 3) and stipulate that the Court

10 continue the MSC set for January 11, 2016 to a date/time convenient to the Court

11 sometime after March 23, 2016, which is the last date possible for hearing of the MSJ.

12 The parties suggest that the MSC be continued to the following date:

13      Date: April 1, 2016

14      Time: 9:30 a.m.

15

16 Dated: January 6, 2016      THERESA A. GOLDNER, COUNTY COUNSEL

17

18      By:  /s/ Marshall S. Fontes     .
     Marshall S. Fontes, Deputy

19      Attorneys for Defendants, County of Kern,
     Deputy Jason Ayala and Deputy Joshua

20      Bathe

21

22 Dated: January 6, 2016      LAW OFFICES OF GARROTTO & GARROTTO

23

24      By /s/ Greg Garrotto     .
     Greg Garrotto, Esq.

25      Attorneys for Plaintiff, Keanu Ethan Campos,
     a minor, by and through his Guardian ad

26      Litem, Deniz Gonzalez

27

28

Joint Stipulation to Continue MSC Date

1                              [~~PROPOSED~~] ORDER

2          Based upon the stipulation of counsel, the Court  **ORDERS**:

3          1.      The settlement conference is **CONTINUED** to April 1, 2016 at 9:30 a.m.

4          2.      Counsel SHALL comply with the scheduling order related to the settlement

5     conference (Doc. 26 at 6-7).

6

7     IT IS SO ORDERED.

8          Dated:    **January 6, 2016**                    **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              3
_____
Joint Stipulation to Continue MSC Date