1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEANU ETHAN CAMPOS,                         No.  1:14-cv-01099-DAD-JLT

12                  Plaintiff,

13          v.                                   ORDER DIRECTING SUBMISSION OF
                                                 ADDITIONAL BRIEFING
14   COUNTY OF KERN, et al.,
                                                 (Doc. No. 36)
15                  Defendants.

16

17

18          The operative pleading in this action is plaintiff's First Amended Complaint filed on

19   October 9, 2014.  (Doc. No. 19).  The first cause of action in that amended complaint purports to

20   be a survivorship action for a civil rights violation (id. at 5-8), while the second cause of action

21   purports to be for wrongful death based upon a civil rights violation.  (Id. at 8-9.)  The defendants

22   filed a motion for summary judgment on February 10, 2016.  (Doc. No. 36.)  In their motion,

23   defendants purport to move for summary judgment in their favor as to both causes of action.

24          The court has determined that the issues raised by the pending summary judgment motion

25   require additional briefing with respect to plaintiff's wrongful death claim.  In their motion,

26   defendants argue that they are entitled to judgment as a matter of law on the plaintiff's wrongful

27   death claim.  (Doc. No. 36-1 at 14.)  They based their argument on a claimed entitlement to

28   immunity under California Government Code § 844.6(a)(2) and plaintiff's alleged violation of

                                                    1

1   California's "one action rule" for wrongful death actions.  (*Id.*)   Defendants do not appear to

2   have addressed, or moved for summary judgment in their favor on, the merits of plaintiff's

3   wrongful death claim.  In their opposition papers, plaintiff argued that the "one action rule" does

4   not require the court to dismiss the wrongful death action in this case.  (Doc. No. 37 at 16–17.)  In

5   their reply defendants withdrew their argument for summary judgment on the second cause of

6   action based upon the "one action rule."  (Doc. No. 41 at 10.)

7        The court seeks clarification as to the basis for defendants' motion for summary judgment.

8   as to plaintiff's wrongful death claim.  Is defendants' motion now based solely on a claimed

9   entitlement to immunity under California Government Code § 844.6(a)(2) and not on the merits

10  of that claim based upon evidence presented on summary judgment?   In order to assist resolution

11  of the pending motion, the court directs defendants and plaintiff to file supplemental briefing with

12  respect to this issue.

13                                          CONCLUSION

14       Accordingly, for the reasons set forth above:

15       1.  Defendants are directed to file a brief clarifying their position on summary judgment as

16  to plaintiff's wrongful death claim, within seven days of this order.  Defendants' brief may be no

17  longer than five pages in length.

18       2. Plaintiff is granted leave to file, at their election, an opposition brief to defendants'

19  supplemental brief, within fourteen days of this order.  Plaintiff's brief may be no longer than five

20  pages in length.

21

22  IT IS SO ORDERED.

23  Dated:   __March 17, 2016__                     _____

24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28

                                          2