**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEANU ETHAN CAMPOS, a minor, by and through his Guardian ad Litem, Deniz Gonzalez,<br><br>     Plaintiffs,<br><br>     vs.<br><br>COUNTY OF KERN, et al.,<br>     Defendants. | Case No.: 1:14-cv-01099 DAD JLT<br><br>ORDER GRANTING STIPULATION IN PART RE MANDATORY SETTLEMENT CONFERENCE<br><br>(Doc. 46) |

     Based upon the stipulation of counsel, the Court **ORDERS**:

     1.     The stipulation to vacate the settlement conference is **DENIED**[1];

     2.     The request to continue the settlement conference is **GRANTED**;

     3.     The settlement conference is **CONTINUED** to **May 2, 2016**[2] at 1:30 p.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA. Counsel SHALL comply with the scheduling order related to the settlement conference (Doc. 26 at 6-7).

IT IS SO ORDERED.

     Dated:  __March 24, 2016__        __/s/ Jennifer L. Thurston__
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Judge Drozd requires all parties to participate in a court-sponsored settlement conference.
[2] Counsel may stipulate to a different date, if the date selected by the Court will not work on their calendars. However, they must pre-clear any date selected with the Court.