1  THERESA A. GOLDNER, COUNTY COUNSEL
2  By: Marshall S. Fontes, Deputy (SBN 139567)
   Kern County Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, CA 93301
4  Telephone 661-868-3800
   Fax 661-868-3805
5

6  Attorneys for Defendants
   County of Kern, Deputy Jason Ayala
7  and Deputy Joshua Bathe

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

| KEANU ETHAN CAMPOS, a minor, by and through his Guardian ad Litem, Deniz Gonzalez, | CASE NO. 1:14-cv-01099-DAD-JLT |
|---|---|
| Plaintiffs, | JOINT STIPULATION TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE PENDING RESOLUTION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; [~~PROPOSED~~ ORDER] |
| vs. | |
| COUNTY OF KERN, a public entity; DEPUTY JASON AYALA, a public employee; DEPUTY JOSHUA BATHE, a public employee; and DOES 1 - 10, Inclusive | (Doc. 49) |
| Defendants. | |

    COME NOW, Plaintiff, KEANU ETHAN CAMPOS, by and through his Guardian ad Litem, Deniz Gonzalez and Defendants, COUNTY OF KERN, DEPUTY JASON AYALA an DEPUTY JOSHUA BATHE, who have met and conferred through their respective attorneys of record, and now make this joint stipulated request of the Court:

    **REPRESENTATIONS AND JOINT STIPULATION AND REQUEST:**

    1.    The Mandatory Settlement Conference ("MSC") in this matter is set before Magistrate Judge, Jennifer L. Thurston, on May 2, 2016 at 1:30 p.m.;

1
_____
Joint Stipulation to Continue the MSC Date

2. Defendants have filed a motion for summary judgment ("MSJ") as to all claims. The motion has been briefed and argued. The Court took the matter under submission on March 15, 2016, and thereafter requested supplemental briefing from the parties which was completed on March 31, 2016. There has been no ruling yet on the MSJ from the Court;

3. Plaintiff and Defendants have timely exchanged settlement demands and offers, but believe that a settlement conference, prior to the resolution of the issues raised in the MSJ, will not be productive and therefore, the case currently is not postured for meaningful negotiations or potential settlement;

4. Therefore, Plaintiff and Defendants mutually invoke the provision made in the Scheduling Order (Doc. No. 26, p. 6, Section X, fn. 3) and stipulate that the Court continue the MSC currently set for May 2, 2016 to May 23, 2016 at 1:30 p.m.

Dated: April 25, 2016         THERESA A. GOLDNER, COUNTY COUNSEL

                              By:  /s/ Marshall S. Fontes                .
                                   Marshall S. Fontes, Deputy
                                   Attorneys for Defendants, County of Kern,
                                   Deputy Jason Ayala and Deputy Joshua
                                   Bathe

Dated: April 25, 2016         LAW OFFICES OF GARROTTO & GARROTTO

                              By  /s/ Greg Garrotto                       .
                                   Greg Garrotto, Esq.
                                   Attorneys for Plaintiff, Keanu Ethan Campos,
                                   a minor, by and through his Guardian ad
                                   Litem, Deniz Gonzalez

# [~~PROPOSED~~] ORDER

For GOOD CAUSE shown, and based upon the mutual Stipulation of all parties to this action, the court hereby continues the MSC set for May 2, 2016 at 1:30 p.m. to **May 17, 2016** at 1:30 p.m.

IT IS SO ORDERED.

Dated:  **April 25, 2016**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE