THERESA A. GOLDNER, COUNTY COUNSEL
By: Marshall S. Fontes, Deputy (SBN 139567)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800
Fax 661-868-3805

Attorneys for Defendants
County of Kern, Deputy Jason Ayala
and Deputy Joshua Bathe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEANU ETHAN CAMPOS, a minor, by and through his Guardian ad Litem, Deniz Gonzalez,<br><br>    Plaintiffs,<br><br>  vs.<br><br>COUNTY OF KERN, a public entity; DEPUTY JASON AYALA, a public employee; DEPUTY JOSHUA BATHE, a public employee; and DOES 1 - 10, Inclusive<br><br>    Defendants. | CASE NO. 1:14-cv-01099-DAD-JLT<br><br>JOINT STIPULATION TO CONTINUE THE MANDATORY SETTLEMENT CONFERENCE PENDING RESOLUTION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; [~~PROPOSED ORDER~~]<br><br>(Doc. 57) |

COME NOW, Plaintiff, KEANU ETHAN CAMPOS, by and through his Guardian ad Litem, Deniz Gonzalez and Defendants, COUNTY OF KERN, DEPUTY JASON AYALA an DEPUTY JOSHUA BATHE, who have met and conferred through their respective attorneys of record, and now make this joint stipulated request of the Court:

**REPRESENTATIONS AND JOINT STIPULATION AND REQUEST:**

1. The Mandatory Settlement Conference ("MSC") in this matter is currently set before Magistrate Judge, Jennifer L. Thurston, on June 28, 2016 at 1:30 p.m.;

1

2. Defendants have filed a motion for summary judgment ("MSJ") as to all claims. The motion has been briefed and argued. The Court took the matter under submission on March 15, 2016, and thereafter requested supplemental briefing from the parties which was completed on March 31, 2016.

3. On May 17, 2016, the Court vacated the trial and pretrial dates, because of the pending MSJ which had not been ruled upon (Docket #56). The Court also continued the MSC to June 28, 2016. At the present time, there has still been no ruling yet on the MSJ from the Court.

4. Plaintiff and Defendants have timely exchanged settlement demands and offers, but believe that a settlement conference, prior to the resolution of the issues raised in the MSJ, will not be productive and therefore, the case currently is not postured for meaningful negotiations or potential settlement;

5. Therefore, Plaintiff and Defendants mutually invoke the provision made in the Scheduling Order (Doc. No. 26, p. 6, Section X, fn. 3) and stipulate that the Court continue the MSC set for June 28, 2016 to a date/time convenient to the Court which is approximately 60 days out from the current date.

Dated: June 20, 2016        THERESA A. GOLDNER, COUNTY COUNSEL

By:  /s/ Marshall S. Fontes                              .
        Marshall S. Fontes, Deputy
        Attorneys for Defendants, County of Kern,
        Deputy Jason Ayala and Deputy Joshua
        Bathe

Dated: June 20, 2016        LAW OFFICES OF GARROTTO & GARROTTO

By  /s/ Greg Garrotto                                        .
        Greg Garrotto, Esq.
        Attorneys for Plaintiff, Keanu Ethan Campos,
        a minor, by and through his Guardian ad
        Litem, Deniz Gonzalez

2

Joint Stipulation to Continue MSC Date

**[~~PROPOSED~~] ORDER**

For GOOD CAUSE shown, and based upon the stipulation of the, the Court **ORDERS**:

1. The settlement conference, currently set on June 28, 2016 at 1:30 p.m., is **CONTINUED** to **August 12, 2016** at 1:30 p.m.

IT IS SO ORDERED.

Dated:   **June 21, 2016**                                 **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE

Joint Stipulation to Continue MSC Date