# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEANU ETHAN CAMPOS, a minor, by and through his Guardian ad Litem, Deniz Gonzalez,<br><br>  Plaintiffs,<br><br>  vs.<br><br>COUNTY OF KERN, et al.,<br>  Defendants. | Case No.: 1:14-cv-01099 DAD JLT<br><br>ORDER GRANTING STIPULATION RE MANDATORY SETTLEMENT CONFERENCE<br><br>(Doc. 60) |

Based upon the stipulation of counsel, the Court **ORDERS**:

1.  The stipulation to continue the settlement conference is **GRANTED**;

3.  The settlement conference is **CONTINUED** to **December 8, 2016** at 9:30 a.m. at the United States Courthouse at 510 19th Street, Bakersfield, CA. Counsel SHALL comply with the scheduling order related to the settlement conference (Doc. 26 at 6-7).

IT IS SO ORDERED.

Dated:   **October 5, 2016**                              **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE