LAW OFFICES OF GREG W. GARROTTO
Greg W. Garrotto, State Bar #89542
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone (310) 229-9200
Fax (310)229-9209
jjggarrotto@msn.com
Attorneys for Plaintiff
KEC, a minor

MARK L. NATIONS, INTERIM COUNTY COUNSEL
Marshall S. Fontes, Deputy, State Bar #139567
Kern County Administrative Center
1115 Truxton Ave., Fourth Floor
Bakersfield, CA 93301
Telephone (661)868-3800
Fax (661) 868-3805
mfontes@co.kern.ca.us

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEC, a minor, by and through his Guardian ad Litem, Deniz Gonzalez<br><br>　　　　　Plaintiff,<br>　v.<br><br>COUNTY OF KERN, a public entity; Deputy Sheriff Jason Ayala, a public employee; Deputy Joshua Bathe, a public employee; and , DOES1-10, Inclusive<br>_____ | Case No.: 1:14-cv-01099-DAD-JLT<br><br>PROPOSED STATEMENT OF THE CASE<br><br>Trial Date: October 3, 2017<br>Time: 1:00 p.m.<br>Courtroom: 5 |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL

OF RECORD:

The Parties request that the Court read the following Statement of the Case to prospective jurors:

On August 10, 2013, Luis Campos, a pre-trial detainee in the Central Receiving Facility of the Kern County Jail, committed suicide.

Plaintiff, Keanu Ethan Campos, the minor son of Luis Campos, through his Guardian ad Litem, Deniz Gonzales, has filed this action for monetary damages alleging that the Defendants Kern County Deputy Sheriffs Jason Ayala and Joshua Bathe violated the civil rights guaranteed by the United States Constitution of Luis Campos and Plaintiff and or were negligent, causing the death of Luis Campos and injury and damage to Plaintiff.

The Defendants deny these allegations and that any of their actions caused injury and or damage to Plaintiff.

DATED:   LAW OFFICES OF GREG W. GARROTTO

_____
GREG W. GARROTTO
Attorneys for Plaintiff

DATED:   MARK L. NATIONS, INTERIM COUNTY COUNSEL

_____
MARSHALL L. FONTES
Attorneys for Defendants

PROPOSED STATEMENT OF THE CASE