DEAR JUDGE DRODZ

YOUR HONOR I FEEL PRIVILIGED TO SERVE AS A JUROR IN YOUR COURT. I LIKE YOUR PROFESSIONALISM, BUT MOST IMPORTANTLY I SENSE YOUR COMPASSION AND YOUR KINDNESS. THERE ARE FEW ~~ISSUES~~ ANSWERS FOR SOME OF YOUR QUESTIONS THAT HAVE SKIPPED MY MIND YESTERDAY. I AM NOT SURE IF THE ANSWERS ARE OF RELEVANCE TO THE CASE AT HAND, OR THEY WOULD PREVENT ME, IN THE VIEW OF THE COURT, FROM BEING A POTENTIAL UNBIASED JUROR.

IT HAS SKIPPED MY MIND YESTERDAY TO MENTION THAT MY WIFE, MY SELF, AND EIGHT OTHER FRIENDS OF OURS, HAVE ATTENDED THE OFFICER SCALAN SUPPORT DINNER THAT TOOK PLACE FEW WEEKS AGO. ~~OUR BUSIN~~ WE WERE THROUGH OUR BUSINESS ▓▓▓▓▓▓▓ PART OF THE CONTRIBUTORS TO THE EVENT.

ALSO, I DO LIKE AND ENJOY TALKING TO SOME OF THE LAW ENFORCEMENT AGENTS WHO COME TO OUR RESTAURANT ON REGULAR BASIS. I DO NOT THINK FAVORABLY OF ALL THE LAW ENFORCEMENT AGENTS, BUT I DO APPRECIATE ANYONE WHO IS POLITE, KIND, AND ~~WHO MANAGES~~ STILL MANAGES A SINCERE SMILE AFTER DEALING WITH DISTURBING SITUATIONS ON REGULAR BASIS.

MY WIFE AND I, DO HAVE FRIENDS AND ACQUAINTANCES WHO ARE LAWYERS, AND JUDGES.

IF THIS CASE WERE A CRIMINAL CASE, IT WOULD HAVE BEEN VERY DIFFICULT FOR ME TO COME UP WITH A JUDGEMENT, AND I WOULD HAVE ASKED TO BE EXCUSED.

FINALLY YOUR HONOR, I HOPE THE ABOVE MENTIONED INFORMATION WOULD NOT PREVENT ME, IN THE VIEW OF THE COURT, FROM BEING A POTENTIAL UNBIASED JUROR.

I AM NOT PERFECT YOUR HONOR -- FAR FROM IT -- BUT I ALWAYS TRY MY BEST TO BE FAIR WITH EVERYONE, AND WITH EVERY SITUATION I DEAL WITH.

SINCERELY

10/04/17



COURT'S EXHIBITS
CASE NO. _____
EXHIBIT NO. ___1___