AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     CALIFORNIA

| K.E.C., a minor, by and through his guardian ad litem, DENIZ GONZALEZ V. JASON AYALA, and JOSHUA BATHE | **EXHIBIT AND WITNESS LIST** Case Number:  1:14-cv-01099-DAD-JLT |
|---|---|

| PRESIDING DISTRICT JUDGE DALE A. DROZD | PLAINTIFF'S ATTORNEY Greg Garrotto | DEFENDANT'S ATTORNEYS Marshall Fontes and Andrew Thomson |
|---|---|---|
| TRIAL DATES 10/4/2017-10/5/2017 | COURT REPORTER Karen Hooven | COURTROOM DEPUTY Reneé Gaumnitz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 10/4/2017 |  |  |  |
| ✔ |  |  |  |  | **David Hubbard sworn and testified** |
|  |  |  |  | JX-2 | Inmate Observation Log Re: Luis Campos 8/8-8/10/13 |
|  |  |  |  | JX-3 | Log Book, Central Receiving Facility, Kern County Jail |
| 1 |  |  |  | ✔ | Kern County Sheriff's Dept. Crime Scene Access Log for Case No. SR13-22293 |
|  |  |  |  | JX-1 | Pgs 6-9, Kern County Sheriff's Dept. Incident/Investigation Rpts. Case No. SR13-22293 |
|  |  |  |  | JX-4 | Pg 29, photograph of scene |
|  |  |  |  | JX- 4 | Pg 1, photograph of scene |
|  |  |  |  | JX-4 | Pg 3, photograph of scene |
|  |  |  |  | JX-4 | Pg 6, photograph of scene |
|  |  |  |  | JX-4 | Pg 7, photograph of scene |
|  |  |  |  | JX-4 | Pg 8, photograph of scene |
|  |  |  |  | JX-4 | Pg 9, photograph of scene |
|  |  |  |  | JX-4 | Pg 10, photograph of scene |
|  |  |  |  | JX-4 | Pg 11, photograph of scene |
|  |  |  |  | JX-4 | Pg 12, photograph of scene |
|  |  |  |  | JX-4 | Pg 15, photograph of scene |
|  |  |  |  | Jx-4 | Pg 16, photograph of scene |
|  |  |  |  | JX-4 | Pg 20, photograph of scene |
|  |  |  |  | JX-4 | Pg 22, photograph of scene |

Page **1** of 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | JX-4 | Pg 26, photograph of scene |
| | | | | JX-4 | Pg 34, photograph of scene |
| | | | | JX-4 | Pg 37, photograph of scene |
| | | | | JX-4 | Pg 4, photograph of scene |
| ✔ | | | | | **Michael Dorkin sworn and testified** |
| | | | | JX-1 | Pgs 15-28, Kern County Sheriff's Dept. Incident/Investigation Rpts. Case No. SR13-22293 |
| 2 | | | ✔ | | Jason Ayala, Recorded Interview, August 10, 2013 |
| ✔ | | | | | **Jeffrey Colbert sworn and testified** |
| | | | | JX-1 | Pgs 11-14, Kern County Sheriff's Dept. Incident/Investigation Rpts. Case No. SR13-22293 |
| | | | | JX-1 | Pg 29, Kern County Sheriff's Dept. Incident/Investigation Rpts. Case No. SR13-22293 |
| ✔ | | | | | **Sean Collier sworn and testified** |
| 6 | | | ✔ | | Sean Collier, Recorded Interview, August 10, 2013 |
| ✔ | | | | | **Christopher Saldana sworn and testified** |
| | | 10/5/2017 | | | |
| ✔ | | | | | **Joshua Bathe sworn and testified** |
| ✔ | | | | | **Jason Ayala sworn and testified** |
| | | | | | **Deniz Gonzales sworn and testified** |
| 11 | | | | ✔ | Pgs 3, Family Photograph |
| 11 | | | | ✔ | Pg 8, Family Photograph |
| | | | | | PLAINTIFF RESTS |
| | | | | | DEFENDANTS REST |