IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| K.E.C., a minor, by and through his guardian ad litem, DENIZ GONZALEZ | CASE NO.: 1:14-cv-01099-DAD-JLT |
| Plaintiff, | |
| vs. | |
| JASON AYALA, and JOSHUA BATHE, | |
| Defendants. | |

## NOTE FROM THE JURY

✓ The jury has reached a unanimous verdict. Time: 1:40

___ The jury requests the following: Time:_____

_____
_____
_____
_____
_____

___ The jury has the following question(s): Time:_____

_____
_____
_____
_____

DATED: 10/6/17

COURT'S EXHIBITS
CASE NO._____
EXHIBIT NO. 2