1

2   **FILED**

3   OCT 06 2017

4   CLERK, U.S. DISTRICT COURT
    EASTERN DISTRICT OF CALIFORNIA

5   BY _____
        DEPUTY CLERK

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | K.E.C., a minor, by and through his | No.: 1:14-cv-01099-DAD-JLT
     Guardian ad Litem, Deniz Gonzalez,

12

13              Plaintiff,              SPECIAL VERDICT

14         v.

15 DEPUTY JASON AYALA, a public
   employee and DEPUTY JOSHUA

16 BATHE, a public employee,

17              Defendants.

18

19

20 We, the jury answer the questions submitted to us as follows:

21

22              **PART 1. Violation of Federal Civil Rights**

23 **Question No. 1:**   Did Luis Campos have a serious medical need?

24                    ✓ Yes _____ No

25 If you answered yes to Question No. 1, answer Question No. 2. If you answered no to

26 Question No. 1, go to Part 2.

27 ///

28 ///

1

1   **Question No. 2:** Were any of the Defendants deliberately indifferent to Luis Campos'

2   serious medical need?

3       Answer yes or no after the name of each defendant.

4           Deputy Jason Ayala         ____Yes    __✓_No

5           Deputy Joshua Bathe       ____Yes    _✓_No

6       If you answered yes to Question No. 2 for any Defendant, answer Question No. 3 as to

7   that Defendant. If you answered no to Question No. 2 for all Defendants, go to Part 2.

8

9       **Question No. 3**: Was Defendant's conduct a substantial factor in causing harm to Luis

10  Campos?

11      Answer yes or no after the name of each defendant.

12          Deputy Jason Ayala         ____Yes    _____No

13          Deputy Joshua Bathe       ____Yes    _____No

14      If you answered yes to Question No. 3 for any Defendant, answer Question No. 4 and 5 as

15  to that Defendant. If you answered no to Question No. 3 for all Defendants, go to Part 2.

16

17      **Question No. 4:** Did Defendants deprive K.E.C. out of his liberty interest arising out of

18  his relationship with his father, Luis Campos?

19      Answer yes or no after the name of each defendant.

20          Deputy Jason Ayala         ____Yes    _____No

21          Deputy Joshua Bathe       ____Yes    _____No

22

23      **Question No. 5:** Did any of the defendant(s) act with oppression, malice, and/or fraud?

24      Answer yes or no after the name of each defendant.

25          Deputy Jason Ayala         ____Yes    _____No

26          Deputy Joshua Bathe       ____Yes    _____No

27

28      Go to Part 2.

**PART 2.  Negligence**

    **Question No. 6:**  Were any of the defendants negligent?

    Answer yes or no after the name of each defendant.

        Deputy Jason Ayala        ____Yes    ✓ No

        Deputy Joshua Bathe        ____Yes    ✓ No

    If you answered yes to Question No. 6 as to any defendant, answer Question No. 7. If you answered no to Question No. 6 for all defendants, go to Part 3.

    **Question No. 7**:  Was defendant(s) negligence a substantial factor in causing harm to plaintiff?

    Answer yes or no after the name of each defendant.

        Deputy Jason Ayala        ____Yes    ____No

        Deputy Joshua Bathe        ____Yes    ____No

    If you answered yes to Question No. 7 for any defendant, answer Question No. 8.  If you answered no to Question No. 7 for all defendants, go to Part 3.

    **Question No. 8**:  Was Luis Campos negligent?

    ____Yes    ____No

    If you answered yes to Question No. 8, answer Question No. 9.  If you answered no to Question No. 8, go to Part 3.

    **Question No. 9**:  Was Luis Campos' negligence a substantial factor in causing harm to plaintiff?

    ____Yes    ____No

    If you answered yes to Question No. 9, answer Question No. 10.  If you answered no to Question No. 9, go to Part 3.

///

**Question No. 10:**  What percentage of responsibility do you assign to the following? Insert a percentage for only those who received "yes" answers in question Nos. 7 and 9:

Deputy Jason Ayala          _____%

Deputy Joshua Bathe         _____%

Luis Campos                 _____%

TOTAL                       100%


Go to Part 3.

4

**PART 3. Damages**

If you answered yes to Question No. 3 as to any Defendant or answered yes to Question No. 7 as to any Defendant, answer Question No. 11.  If you did not answer Question No. 3 or 7, or you answered Questions Nos. 3 and 7 no as to all defendants, sign and return this verdict.

**Question No. 11**: What are Plaintiff's damages?

    a.    Past non-economic loss including

        loss of society, comfort, companionship,

        love and loss of the parental relationship:

        $_____

    b.    Future non-economic loss, including

        Loss of society, comfort, companionship,

        love and loss of the parental relationship

        $_____

    c.    Past Economic loss including loss of

        Financial Support

        $_____

    d.    Future Economic loss including loss of

        Financial Support

        $_____

Date, sign and return this verdict.

Dated:  10/06/17

Jury Foreperson

5