UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721




## ORDER AND RECEIPT FOR TRIAL EXHIBITS

CASE NUMBER: 1:14-cv-01099-DAD-JLT

CASE NAME: K.E.C., a minor, by and through his guardian ad litem, DENIZ GONZALEZ vs. JASON AYALA and JOSHUA BATHE

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**. The parties shall retrieve the original exhibits **and depositions** from the Courtroom Deputy following the verdict in the case. Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated: **October 6, 2017**           _____
                                      DISTRICT JUDGE

DATE EXHIBITS AND DEPOSITION RETURNED:   October 6, 2017

Pltf Attorney: Greg Garrotto

Pltf Attorney Signature: _____

DATE DEPOSITIONS RETURNED:   October 6, 2017

Defts Attorney: Marshall Fontes and Andrew Thomson

Deft Attorney Signature(s): _____

This document certifies that the above referenced exhibits and depositions were returned.

Date: October 6, 2017           _____
                                 RENEE GAUMNITZ
                                 Courtroom Clerk