UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.E.C., a minor, by and through his Guardian ad Litem, Deniz Gonzalez,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY JASON AYALA, a public employee and DEPUTY JOSHUA BATHE, a public employee,<br><br>Defendants. | Case No. 1:14-cv-01099-DAD-JLT<br><br><u>JUDGMENT IN A CIVIL ACTION</u> |

Judgment is entered in this action in favor of defendants Jason Ayala and Joshua Bathe and against plaintiff K.E.C. on all plaintiff's claims, according to the special verdicts of the trial jury returned in open Court October 6, 2017.

Dated: October 6, 2017

               MARIANNE MATHERLY, CLERK OF THE COURT

              By: */s/ Reneé Gaumnitz*
                Reneé Gaumnitz, Deputy Clerk

1