# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**K.E.C.,**

CASE NO: **1:14–CV–01099–DAD–JLT**

v.

**JASON AYALA, ET AL.,**

__XX__ –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/11/17**

**Marianne Matherly**
Clerk of Court

ENTERED: **October 11, 2017**

by: /s/ R. Gonzalez
Deputy Clerk