LAW OFFICES OF GREG W. GARROTTO
Greg W. Garrotto, State Bar #89542
1925 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone (310) 229-9200
Fax (310)229-9209
jjggarrotto@msn.com

Attorneys for Plaintiff
KEC, a minor, by his GAL
Deniz Gonzalez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEC, a minor, by and through his Guardian ad Litem, Deniz Gonzalez<br><br>Plaintiff,<br>v.<br><br>COUNTY OF KERN, a public entity; et. al. Deputy Sheriff Jason Ayala, a public employee; Deputy Joshua Bathe, a public employee; and , DOES1-10, Inclusive<br>_____ | Case No.: 1:14-cv-01099-DAD-JLT<br><br>NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff KEC, a minor, by and through his Guardian ad Litem, Deniz Gonzalez, appeals to the United States Court of Appeal for the Ninth Circuit from

the final judgment of the District Court, entered in this case on October 11, 2017 (Document 124) as well as all interlocutory orders that gave rise to the judgment, including but not limited to the Order Granting Defendants' Motion for Summary in Judgment in Part and Denying in Part filed on March 7, 2017 (Document 65).

Said time for filing the Notice of Appeal has been extended in that a timely Motion for New Trial and/or Amend the Judgment was timely filed and denied on February 15, 2018. (Document 136) (Federal Rule of Appellate Procedure 4(a)(4)(A)).

Dated: 3/1/2018         LAW OFFICES OF GREG W. GARROTTO

                        /s/ Greg W. Garrotto
                        GREG W. GARROTTO