# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
JAN 30 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

| | |
|---|---|
| K.E.C., a minor, by and through his Guardian Ad Litem, Deniz Gonzalez<br>v.<br>COUNTY OF KERN, a public entity, et. al. | )<br>)<br>) Case No.: 1:14-CV-01099-LJO-JLT<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __10/06/2017__ against __Plaintiffs__,
                                                                     *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | ~~2,402.81~~ ∅ |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 0.00 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs *(please itemize)* | 0.00 |
| **TOTAL** | $ ~~2,402.81~~ ∅ |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: __/s/ Marshall S. Fontes__
Name of Attorney: Marshall S. Fontes

For: __Deputy Jason Ayala and Deputy Jason Bathe__          Date: __10/17/2017__
            *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of __∅__ and included in the judgment.

Marianne Matherly, Clerk    By: _____    __1/30/2019__
                                  Deputy Clerk                Date